# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven Campbell, Alice Ferreira, Therese Gendron, Roland Gendron, Betsy Graham, | Civil Action No.: 1:13-cv-10287-DPW |
| Plaintiffs, | |
| v. | |
| Lustig, Glaser & Wilson; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Lustig, Glaser & Wilson and Does 1-10, inclusive, with prejudice and without costs to any party waiving all rights of appeal.

| Steven Campbell, Alice Ferreira, Therese Gendron, Roland Gendron, Betsy Graham | Lustig, Glaser & Wilson |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Andrew M. Schneiderman_____ |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Andrew M. Schneiderman<br>BBO #666252<br>Ranen S. Schechner<br>BBO #655641<br>HINSHAW & CULBERTSON LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>(617) 213-7012<br>Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Andrew M. Schneiderman
Ranen S. Schechner
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109

                                                By /s/ Sergei Lemberg
                                                       Sergei Lemberg